# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br> Margaro Gomez-Aviles <br><br> Defendant. | No. 25 CR 632 <br><br> Magistrate Judge Heather K. McShain |

**ORDER**

Arrest warrant issued to United States Marshal and Any Authorized Officer as to defendant Margaro Gomez-Aviles.

_____
**Heather K. McShain**
**United States Magistrate Judge**

DATE: October 3, 2025